IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW GRANT; SANDRA DENISE KELLY; and ROBIN REISINGER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MARRIOTT OWNERSHIP RESORTS, INC.; and DOE DEFENDANTS 1-100,<br><br>　　　　　Defendant. | CIVIL NO. _____<br><br>DECLARATION OF SARAH O. WANG; EXHIBITS "A" – "E" |

## **DECLARATION OF SARAH O. WANG**

SARAH O. WANG declares the following:

1. I am an attorney with Marr Jones & Wang LLP, am licensed to practice law in the State of Hawaii, and have been admitted to practice law before this Court. I am one of the attorneys representing Defendant Marriott Ownership Resorts, Inc. in this action.

2. Exhibit "A" attached hereto is a true and correct copy of the Complaint; Summons filed January 12, 2016, in the Circuit Court of the First Circuit, State of Hawaii, identified as Civil No. 16-1-0060-1 VLC, *Andrew Grant,*

*Sandra Denise Kelly, and Robin Reisinger v. Marriott Vacations Worldwide Corporation.*

3. Exhibit "B" attached hereto is a true and correct copy of Plaintiffs' First Amended Complaint (filed June 28, 2016).

4. Exhibit "C" attached hereto is a true and correct copy of the Stipulation to Allow Plaintiffs to File Second Amended Complaint (filed Aug. 1, 2016).

5. Exhibit "D" attached hereto is a true and correct copy of Plaintiffs' Second Amended Complaint (filed Aug. 2, 2016).

6. Exhibit "E" attached hereto is a true and correct copy of the Acknowledgment of Service (filed Aug. 3, 2016).

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed in Honolulu, Hawaii, on August 11, 2016.

/s/ Sarah O. Wang
SARAH O. WANG