MICHAEL JAY GREEN    4451
841 Bishop Street, Suite 2201
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Fax: (808) 566-0347

GLENN H. UESUGI    4865
841 Bishop Street, Suite 2201
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Fax: (808) 566-0347

Attorneys for Plaintiffs
ANDREW GRANT, SANDRA DENISE KELLY
and ROBIN REISINGER

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2016 AUG -3 PM 3: 37

J. KUBO
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ANDREW GRANT; SANDRA DENISE KELLY; and ROBIN REISINGER, <br><br> Plaintiff, <br><br> vs. <br><br> MARRIOTT OWNERSHIP RESORTS, INC.; and DOE DEFENDANTS 1-100, <br><br> Defendants. | CIVIL NO. 16-1-0060-01 VLC <br> [Non-Motor Vehicle Tort] <br><br> DEFENDANT MARRIOTT OWNERSHIP RESORTS, INC.'S ACKNOWLEDGMENT OF SERVICE OF SECOND AMENDED COMPLAINT, DEMAND FOR JURY TRIAL AND SUMMONS FILED ON AUGUST 2, 2016; and CERTIFICATE OF SERVICE <br><br> Trial Date: Not yet set |

**DEFENDANT MARRIOTT OWNERSHIP
RESORTS, INC.'S ACKNOWLEDGMENT OF
SERVICE OF SECOND AMENDED COMPLAINT,
DEMAND FOR JURY TRIAL AND SUMMONS FILED ON AUGUST 2, 2016**

The undersigned hereby acknowledges that he/she is authorized to accept service of

process for Defendant MARRIOTT OWNERSHIP RESORTS, INC. in the above captioned

action and has accepted service of a true and correct certified copy of the Second Amended

**EXHIBIT E**

Complaint, Demand for Jury Trial and Summons filed on August 2, 2016 on the date indicated below.

DATED: Honolulu, Hawaii, __AUG 0 3 2016_____

/s/ SARAH O. WANG ESQ.
Attorney for Defendant
MARRIOTT OWNERSHIP RESORTS, INC.

ANDREW GRANT, et.al., vs. MARRIOTT OWNERSHIP RESORTS, INC., et.al.; Civil No. 16-1-0060-01 VLC; In the Circuit Court of the First Circuit, State of Hawaii; DEFENDANT MARRIOTT OWNERSHIP RESORTS, INC.'S ACKNOWLEDGMENT OF SERVICE OF SECOND AMENDED COMPLAINT, DEMAND FOR JURY TRIAL AND SUMMONS FILED ON AUGUST 2, 2016

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ANDREW GRANT; SANDRA DENISE KELLY; and ROBIN REISINGER,<br><br>Plaintiffs,<br><br>vs.<br><br>MARRIOTT OWNERSHIP RESORTS, INC.; and DOE DEFENDANTS 1-100,<br><br>Defendants. | CIVIL NO. 16-1-0060-01 VLC<br>[Non-Motor Vehicle Tort]<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct of the foregoing was duly served upon the following by hand delivery upon filing:

> SARAH O. WANG, ESQ.
> MARR JONES & WANG
> 1500 Pauahi Tower, Bishop Square
> 1003 Bishop Street
> Honolulu, Hawaii 96813
>> Attorneys for Defendant
>> MARRIOTT OWNERSHIP RESORTS, INC.

DATED: Honolulu, Hawaii, AUG 03 2016

_____
MICHAEL JAY GREEN
GLENN H. UESUGI
Attorneys for Plaintiffs
ANDREW GRANT, SANDRA DENISE KELLY and ROBIN REISINGER