# MARR JONES & WANG

**A LIMITED LIABILITY LAW PARTNERSHIP**

*Labor and Employment Law*

May 29, 2018

*Via Facsimile (808-541-1386)*

The Honorable Leslie E. Kobayashi
United States District Judge
District of Hawaii
300 Ala Moana Boulevard, Rm. C-338
Honolulu, Hawaii 96850-0338

    Re: **Andrew Grant, et al. v. Marriott Ownership Resorts, Inc.**
       **Civil No. 16-00451 LEK-RLP**

Dear Judge Kobayashi:

    The hearing on Defendant Marriot Ownership Resorts, Inc.'s Motion for Summary Judgment As To All of Plaintiff Andrew Grant's Claims (filed May 11, 2018) [ECF No. 82] is currently set for September 24, 2018 at 10:30 a.m.. *See* ECF No. 85. The purpose of this letter is to respectfully request that the hearing date be advanced to a date in July 2018, so that the hearing on this dispositive motion will be held prior to the current August 21, 2018 trial date in this matter. Defendant Marriott Ownership Resorts, Inc. has filed dispositive motions with respect to the claims of the two other Plaintiffs in this case, Plaintiff Sandra Denise Kelly and Plaintiff Robin Reisinger, and those motions are set for hearing on July 16, 2018 at 9:45 a.m. *See* ECF No. 81.

    Thank you for your consideration of this request.

              Very truly yours,

              Sarah O. Wang

SW:lvf 1078120/1527.013
cc: Charles H. Brower, Esq. (*via facsimile*)
   Michael P. Healy, Esq. (*via facsimile*)
   Elizabeth Jubin Fujiwara, Esq. (*via facsimile*)
   Joseph T. Rosenbaum, Esq. (*via facsimile*)