**MARR JONES & WANG**

A LIMITED LIABILITY LAW PARTNERSHIP

RICHARD M. RAND          2773-0
SARAH O. WANG           6649-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
rrand@marrjones.com

Attorneys for Defendant
MARRIOTT OWNERSHIP RESORTS, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW GRANT; SANDRA DENISE GRANT; and ROBIN REISINGER,<br><br>                Plaintiff,<br><br>vs.<br><br>MARRIOTT OWNERSHIP RESORTS, INC.; and DOE DEFENDANTS 1-100,<br><br>                Defendant. | CIVIL NO. 16-00451 LEK-RLP<br><br>DEFENDANT MARRIOTT OWNERSHIP RESORTS, INC.'S **PROPOSED SPECIAL VOIR DIRE QUESTIONS;** CERTIFICATE OF SERVICE<br><br><br><br><br><br>Trial:  December 4, 2018<br>Judge:  The Hon. Leslie E. Kobayashi |

1123419

## DEFENDANT MARRIOTT OWNERSHIP RESORTS, INC.'S PROPOSED SPECIAL VOIR DIRE QUESTIONS

Defendant MARRIOTT OWNERSHIP RESORTS, INC.

("Defendant" or "MORI") hereby submits its Proposed Special Voir Dire

Questions to the Court.

DATED:      Honolulu, Hawaii, November 20, 2018.


_/s/   Richard M. Rand_
RICHARD M. RAND
SARAH O. WANG

Attorneys for Defendant
MARRIOTT OWNERSHIP
RESORTS, INC.

1123419

## <u>PROPOSED SPECIAL VOIR DIRE QUESTIONS</u>

1.      Do you have any feelings about the vacation ownership industry that would affect your ability to be fair and impartial in this case?

2.      Have you ever attended a vacation ownership (also referred to as "timeshare") sales presentation?

3.      If you have, do you believe you can still be fair and impartial in this case?

4.      Do you or anyone in your family own a vacation ownership interest? Have you ever purchased a vacation ownership interest?

5.      If so, do you believe you can still be fair and impartial in this case?

6.      Have you ever been fired from a job?

7.      If so, did you believe your employer acted properly?  Do you believe you were fired because of your race or another illegal reason?  Do you believe you can still be fair and impartial in this case?

8.      If the evidence in this case shows that part of the reason for the Plaintiffs' termination was for missing days of work, would you be willing to accept that as a legitimate reason even if they were sick on any of those days?

1123419

9.      If the evidence in this case shows that part of the reason for the Plaintiffs' terminations was poor sales results, would you be willing to accept that as a legitimate reason?

10.      If the evidence shows that the Plaintiffs were fired for reasons that you personally do not agree with, will you be able to find for the Defendant if the evidence shows race was not the reason Plaintiffs were fired?

11.      Do you understand the Plaintiffs must prove each element of their claims and if they do not you must return a verdict for the Defendant?

12.      In this case, the Plaintiffs all claim that they were discriminated against on the basis of their race, Caucasian. Do you understand that they are required to prove that the Defendant intended to discriminate against them?

13.      In this case, the Plaintiffs all claim that their sales performance was negatively affected due to alleged racial discrimination.  Will you be able to require them to prove that the Defendant intended to negatively affect their sales performance based on their race?

14.      Plaintiffs Grant and Kelly claim that the Defendant created a racially hostile work environment. Will you be able to understand that they must prove more than isolated comments and that a reasonable person of the same race would find the comments to have created a hostile work environment?

1123419

15.     Do you think that isolated racial comments at work amount to unlawful harassment?

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW GRANT; SANDRA DENISE KELLY; and ROBIN REISINGER,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARRIOTT OWNERSHIP RESORTS, INC.; and DOE DEFENDANTS 1-100,<br><br>    Defendant. | CIVIL NO. 16-00451 LEK-RLP<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was duly served upon the following:

### *Served electronically through CM/ECF:*

ELIZABETH JUBIN FUJIWARA, ESQ.  ejfujiwara.law1@gmail.com
JOSEPH T. ROSENBAUM, ESQ.      jtr@frlawhi.com

Attorneys for Plaintiff
SANDRA DENISE KELLY

CHARLES H. BROWER, ESQ.      honlaw@lava.net

Attorney for Plaintiff
ANDREW GRANT

1123419

MICHAEL P. HEALY, ESQ.        honolululawyer@outlook.com

Attorney for Plaintiff
ROBIN REISINGER

DATED:     Honolulu, Hawaii, November 20, 2018.


　　　　　 /s/  Richard M. Rand
RICHARD M. RAND
SARAH O. WANG

Attorneys for Defendant
MARRIOTT OWNERSHIP
RESORTS, INC.

2

1123419