# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 16-00451LEK-RLP |
| CASE NAME: | Andrew Grant, et al. Vs. Marriott Ownership Resorts Inc., et al. |
| ATTYS FOR PLA: | Charles H. Brower<br>Joseph T. Rosenbaum<br>Michael P. Healy |
| ATTYS FOR DEFT: | Richard M. Rand<br>Sarah O. Wang |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 11/28/2018 | TIME: | 10:15-11:10 |

COURT ACTION: EP: Pretrial Conference held.

Trial Days: 8 Days total.

Witnesses: Plaintiffs - 14, Defendant - 7 in addition to the 14 witnesses Plaintiffs will be calling. Defendant requests the ability to recall certain witnesses regarding effects on other Plaintiffs.

Motions in Limine: Decision on Motions in Limine to be issued by 11/30/2018.

Exhibits: Parties have agreed upon 99 % of the Exhibits to be submitted.

Voir Dire: 5 Minutes for each of Plaintiffs' Counsel; 5 Minutes for Defendant's Counsel.

Opening Statements: 10 Minutes for each of Plaintiffs' Counsel; 30 Minutes for Defendant's Counsel.

Closing Statements: to be decided upon as trial progresses.

Submitted by: Warren N. Nakamura, Courtroom Manager