# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 16-00451LEK-RLP |
| CASE NAME: | Andrew Grant, et al. Vs. Marriott Ownership Resorts Inc., et al. |
| ATTYS FOR PLA: | Charles H. Brower<br>Elizabeth Jubin Fujwara<br>Joseph T. Rosenbaum<br>Michael P. Healy |
| ATTYS FOR DEFT: | Richard M. Rand<br>Sarah O. Wang |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 12/04/2018 | TIME: | 9:00-3:00 |

COURT ACTION:  EP: Jury Selection.

Plaintiffs Andrew Grant, Sandra Denise Kelly and Robin Reisinger present.

Representative of Defendant Marriott Ownership Resorts Inc. present.

53 Prospective Jurors present, preliminarily sworn.

Voir Dire conducted by the Court. Excuses taken and several prospective jurors were excused.

Voir Dire conducted by all Counsel.

Defendant's challenge for cause as to one of the prospective jurors is Denied.

Discussion held regarding Exhibit 301, Exhibit 301 to be redacted, and re-submitted as Exhibit 301A.

Peremptory challenges made.  7 Jurors selected, sworn and preliminarily instructed. All other prospective jurors Thanked and excused.

Opening Statements by Plaintiffs and Defendant made.

Jury Trial set for 12/4/2018 at 08:30 AM before Judge Leslie E. Kobayashi.

Submitted by: Warren N. Nakamura, Courtroom Manager