# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 16-00451LEK-RLP |
| CASE NAME: | Andrew Grant, et al. Vs. Marriott Ownership Resorts Inc., et al. |
| ATTYS FOR PLA: | Charles H. Brower<br>Elizabeth Jubin Fujwara<br>Joseph T. Rosenbaum<br>Michael P. Healy |
| ATTYS FOR DEFT: | Richard M. Rand<br>Sarah O. Wang |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 12/06/2018 | TIME: | 8:25-2:30 |

COURT ACTION: EP: Jury Trial (2nd Day).

Plaintiffs Andrew Grant, Sandra Denise Kelly and Robin Reisinger present.

Representative of Defendant Marriott Ownership Resorts Inc. present.

Jury not present. [8:25-8:35]. Discussion held regarding production of the log. Defendant did not receive the log. Plaintiffs indicate that the log is Exhibit 32 to Deposition of Andrew Grant. Court to give a curative instruction to the jury regarding the log, that Plaintiff Andrew Grant failed to produce the log. Curative instruction would only be as to Plaintiff Andrew Grant.

**7 jurors present**. [8:35].

Plaintiff Andrew Grant's Witness: **Andrew Grant**: Further Re-Direct examination by Plaintiff Andrew Grant's Counsel.
Exhibit 716, not admitted, shown to the witness. Volume II of Deposition of Andrew Grant placed before the witness,:
Plaintiff Andrew Grant's Witness: **Andrew Grant**: Further Re-Cross examination by Defendant's Counsel.

Plaintiff Andrew Grant's Witness: **Andrea Dunn**: Direct examination by Plaintiff

Andrew Grant's Counsel.
Plaintiff Andrew Grant's Witness: **Andrea Dunn**: Direct examination by Plaintiff Robin Resisinger's Counsel.
Plaintiff Andrew Grant's Witness: **Andrea Dunn**: Direct examination by Plaintiff Sandra Denise Kelly's Counsel.

Jury not present. [12:55-1:00]. Discussion held regarding Exhibits 315 and 308.

**7 jurors present**. [1:00].

Plaintiff Andrew Grant's Witness: **Andrea Dunn**: Cross examination by Defendant's Counsel.
Exhibit D-717 Marked, shown to the witness. Exhibit D-717, offered, objected to.
**Exhibit D-717 Admitted**, published to the jury.
Exhibit D-718 Marked, shown to the witness

Plaintiff Andrew Grant's Witness: **Andrea Dunn**: Re-Direct examination by Plaintiff Andrew Grant's Counsel.

Plaintiff Andrew Grant's Witness: **Andrea Dunn**: Re-Direct examination by Plaintiff Robin Resisinger's Counsel.
Exhibit 717 previously Admitted, published to the jury.

Plaintiff Andrew Grant's Witness: **Andrea Dunn**: Re-Direct examination by Plaintiff Sandra Denise Kelly's Counsel.
Plaintiff Andrew Grant's Witness: **Andrea Dunn**: Re-Cross examination by Defendant's Counsel.
Plaintiff Andrew Grant's Witness: **Andrea Dunn**: Re-Re-Direct examination by Plaintiff Robin Reisinger's Counsel.

7 jurors excused for they day.

Jury not present. Briefing Regarding Admissibility of Other Reports of prior Discrimination to be submitted. Plaintiff Sandra Denise Kelly's Counsel's Brief is due by the end of business, 12/10/2018. Defendant's Response is due by the end of business, 12/12/2018.

Further Jury Trial set for **12/10/2018 at 08:30 AM** before Judge Leslie E. Kobayashi.

Submitted by: Warren N. Nakamura, Courtroom Manager