# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 16-00451LEK-RLP |
| CASE NAME: | Andrew Grant, et al. Vs. Marriott Ownership Resorts Inc., et al. |
| ATTYS FOR PLA:20 | Charles H. Brower<br>Elizabeth Jubin Fujwara<br>Joseph T. Rosenbaum<br>Michael P. Healy |
| ATTYS FOR DEFT: | Richard M. Rand<br>Sarah O. Wang |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 12/10/2018 | TIME: | 8:35-2:20 |

COURT ACTION:  EP: Jury Trial (3rd Day).

Plaintiffs Andrew Grant, Sandra Denise Kelly and Robin Reisinger present.

Representative of Defendant Marriott Ownership Resorts Inc. present.

**7 jurors present.**

Plaintiff Andrew Grant's Witness: **Ofer Ahuvia:** Direct examination by Plaintiff Andrew Grant's Counsel. **Exhibit 153**, offered, Admitted, published to the jury.

Plaintiff Andrew Grant's Witness: **Ofer Ahuvia:** Direct examination by Plaintiff Robin Reisinger's Counsel.
Plaintiff Andrew Grant's Witness: **Ofer Ahuvia:** Direct examination by Plaintiff Sandra Denise Kelly's Counsel.

Plaintiff Andrew Grant's Witness: **Ofer Ahuvia**: Cross examination by Defendant's Counsel.
**Exhibit 719**, marked, shown ti the witness.  Offered, Admitted, published to the jury.
**Exhibit 720**, marked, shown ti the witness.  Offered, Admitted, published to the jury.
**Exhibit 721**, marked, offered, Admitted, published to the jury.

Jury not present.  Discussion held between Court and Counsel regarding limitation of Re-Direct Examination by all of Plaintiffs' Counsel.

**7 jurors present.**

Plaintiff Andrew Grant's Witness: **Ofer Ahuvia:** Re-Direct examination by Plaintiff Andrew Grant's Counsel

Plaintiff Andrew Grant's Witness: **Ofer Ahuvia:** Re-Direct examination by Plaintiff Sandra Denise Kelly's Counsel.

**Exhibits 719, 720, 721**, previously Admitted, published to the jury.

Plaintiff Andrew Grant's Witness: **Ofer Ahuvia**: Re-Cross examination by Defendant's Counsel.

**Exhibit 720** previously Admitted, published to the jury.

Plaintiff Andrew Grant's Witness: **Makoto Walker:** Direct examination by Plaintiff Andrew Grant's Counsel.

Plaintiff Andrew Grant's Witness: **Makoto Walker:** Cross examination by Defendant's Counsel.

Plaintiff Andrew Grant's Witness: **Makoto Walker:** Re-Direct examination by Plaintiff Andrew Grant's Counsel.

Plaintiff Andrew Grant's Witness: **Makoto Walker:** Re-Cross examination by Defendant's Counsel.

Plaintiff Andrew Grant's Witness: **Paul Callaham:** Direct examination by Plaintiff Andrew Grant's Counsel.

**Exhibit 177**,  previously Admitted by Stipulation, published to the jury.

Plaintiff Andrew Grant's Witness: **Paul Callaham:** Cross examination by Defendant's Counsel.

Defendant's Witness: **Paul Callaham:** Direct Examination by Defendant's Counsel.

Defendant' Witness: **Paul Callaham:** Cross examination by Plaintiff Andrew Grant's Counsel.

Defendant's Witness: **Paul Callaham:** Cross examination by Plaintiff Robin Reisinger's Counsel.

**Exhibit 506**,  previously Admitted by Stipulation, shown to the witness, published to the jury.

Defendant's Witness: **Paul Callaham:** Cross examination by Plaintiff Sandra Denise Kelly's Counsel.

Defendant's Witness: **Paul Callaham:** Re-Direct examination by Defendant's Counsel.

Jury not present.  Discussion held regarding witnesses.

**7 jurors present.**

Plaintiff Robin Reisinger's Witness:: **Robin Reisinger:** Direct examination by Plaintiff Robin Reisinger's Counsel.

**Exhibits 818, 307, 308, 826, 310 and 831** previously Admitted by Stipulation, published to the jury.

**7 jurors excused for the day.**

Jury not present.  Discussion held regarding the curative jury instruction to be given by the Court. Discussion also held regarding Plaintiff Robin Reisinger's Trial Brief filed 12/10/2018 and request for in camera review by the Court. Defendant's Response is due 12/12/2018.

Further Jury Trial set for **12/11/2018 at 08:30 AM** before Judge Leslie E. Kobayashi.

Submitted by: Warren N. Nakamura, Courtroom Manager