# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 16-00451LEK-RLP |
| CASE NAME: | Andrew Grant, et al. Vs. Marriott Ownership Resorts Inc., et al. |
| ATTYS FOR PLA: | Charles H. Brower<br>Joseph T. Rosenbaum<br>Michael P. Healy |
| ATTYS FOR DEFT: | Richard M. Rand<br>Sarah O. Wang |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 12/11/2018 | TIME: | 8:40-2:05 |

COURT ACTION: EP: Jury Trial ( 4th Day ).

Plaintiffs Andrew Grant, Sandra Denise Kelly and Robin Reisinger present.

Representative of Defendant Marriott Ownership Resorts Inc. present.

**7 jurors present.**

Curative instruction given to the jury by the Court.

Plaintiff Robin Reisinger's Witness:**: Robin Reisinger: Further** Direct examination by Plaintiff Robin Reisinger's Counsel.
**Exhibits 814, 506, 831, 841 and 834** previously Admitted by Stipulation, published to the jury.

Due to travel commitments, Defendant's Witness taken out of order.

Defendant's Witness: **Jennifer O'Connor:** Direct Examination by Defendant's Counsel
**Exhibits 617, 619, 620, 621, 623, 624, 625, 634, 631, 635, 636, 637, 638, 639, 640, 642, 678, 645, 646, 647, 648, 651, 652, 669, 659, 672, 671, 677, 699 (played for the jury), 183, 184, 185, 692, 184, 828, 919 and 929** previously Admitted by Stipulation, published to the jury.

Defendant's Witness: **Jennifer O'Connor:** Cross examination by Plaintiff Andrew Grant's Counsel.
**Exhibits 506, 178 and 172** previously Admitted by Stipulation, published to the jury.

Defendant's Witness: **Jennifer O'Connor:** Cross examination by Plaintiff Robin Reisinger's Counsel.
**Exhibits 308, 506, 828 and 316** previously Admitted by Stipulation, published to the jury.

Defendant's Witness: **Jennifer O'Connor:** Cross examination by Plaintiff Sandra Denise Kelly's Counsel.
**Exhibits 924 and 501** previously Admitted by Stipulation, published to the jury.

Defendant's Witness: **Jennifer O'Connor**: Re-Direct Examination by Defendant's Counsel
**Exhibit 501** previously Admitted by Stipulation, published to the jury.

**7 jurors excused for the day.**

Jury not present. Discussion held regarding proposed jury instructions.

Status Conference set for **12/12/2018 at 09:00 AM** before Judge Leslie E.Kobayashi.
Further Jury Trial set for **12/13/2018 at 08:30 AM** before Judge Leslie E. Kobayashi.

Submitted by: Warren N. Nakamura, Courtroom Manager