# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 16-00451LEK-RLP |
| CASE NAME: | Andrew Grant, et al. Vs. Marriott Ownership Resorts Inc., et al. |
| ATTYS FOR PLA: | Charles H. Brower<br>Joseph T. Rosenbaum<br>Michael P. Healy |
| ATTYS FOR DEFT: | Richard M. Rand<br>Sarah O. Wang |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 12/12/2018 | TIME: | 9:00-9:45 |

COURT ACTION:  EP: Status Conference held.

Plaintiffs Andrew Grant, Sandra Denise Kelly and Robin Reisinger were not present.

Representative of Defendant Marriott Ownership Resorts Inc. was not present.

Submitted by: Warren N. Nakamura, Courtroom Manager