# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 16-00451LEK-RLP |
| CASE NAME: | Andrew Grant, et al. Vs. Marriott Ownership Resorts Inc., et al. |
| ATTYS FOR PLA: | Charles H. Brower<br>Elizabeth Jubin Fujiwara<br>Joseph T. Rosenbaum<br>Michael P. Healy |
| ATTYS FOR DEFT: | Richard M. Rand<br>Sarah O. Wang |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 12/18/2018 | TIME: | 10:00-3:55 |

COURT ACTION: EP: Jury Trial ( 8th Day ).

Plaintiffs Andrew Grant, Sandra Denise Kelly and Robin Reisinger present.

Representative of Defendant Marriott Ownership Resorts Inc. present.

**7 jurors present.**

Defendant's Witness: **Lesley Ann (Matsuwaki) Tanaka:** Direct Examination by Defendant's Counsel.
**Exhibits 501, 504, 308 and 511** previously Admitted by Stipulation, published to the jury.

Defendant's Witness: **Lesley Ann (Matsuwaki) Tanaka:** Cross Examination by Plaintiff Andrew Grant's Counsel.
**Exhibits 153, 506 and 308** previously Admitted by Stipulation, published to the jury.

Defendant's Witness: **Lesley Ann (Matsuwaki) Tanaka:** Cross Examination by Plaintiff Robin Reisinger's Counsel.
**Exhibits 308, 827 (entire document placed before the witness), 826, 828, 829, 318, 316, 841 and 319** previously Admitted by Stipulation, published to the jury.

Defendant's Witness: **Lesley Ann (Matsuwaki) Tanaka:** Cross Examination by Plaintiff Sandra Denise Kelly's Counsel.
**Exhibit 501** previously Admitted by Stipulation, published to the jury.

Defendant's Witness: **Lesley Ann (Matsuwaki) Tanaka: Re-Direct** Examination by Defendant's Counsel.
**Exhibits 318 and 834** previously Admitted by Stipulation, published to the jury.

_____

Defendant's Witness: **Xee Her:** Direct Examination by Defendant's Counsel.
**Exhibits 828, 910, 307, 826, 914, 916, 918, 920, 922, 164, 623, 631, 635, 640 and 641** previously Admitted by Stipulation, published to the jury.

Defendant's Witness: **Xee Her:** Cross Examination by Plaintiff Andrew Grant's Counsel.
**Exhibits 640, 175, 501 and 506** previously Admitted by Stipulation, published to the jury.

Defendant's Witness: **Xee Her:** Cross Examination by Plaintiff Robin Reisinger's Counsel.
**Exhibits 511 and 512** previously Admitted by Stipulation, published to the jury.

Defendant's Witness: **Xee Her:** Cross Examination by Plaintiff Sandra Denise Kelly's Counsel.
**Exhibits 916 and 501** previously Admitted by Stipulation, published to the jury.

_____

Defendant's Witness: **Greg Grigaitis:** Direct Examination by Defendant's Counsel.
**Exhibits 308, 319 and 318** previously Admitted by Stipulation, published to the jury.

Defendant's Witness: **Greg Grigaitis:** Cross Examination by Plaintiff Andrew Grant's Counsel.

Defendant's Witness: **Greg Grigaitis:** Cross Examination by Plaintiff Robin Reisinger's Counsel.
**Exhibits 506 and 315** previously Admitted by Stipulation, published to the jury.

Defendant's Witness: **Greg Grigaitis:** Cross Examination by Plaintiff Sandra Denise Kelly's Counsel.

_____

**7 jurors excused for the day.** [3:30 pm]

[3:30-3:55]. Jury not present. Discussion held with Counsel regarding Court's recent rulings.

**Regarding Exhibits: 201 thru 206 Withdrawn. Exhibit 2 to be replaced with 2A.**

**Exhibits: 304, 305 and 306 Withdrawn.  Exhibit 4 Withdrawn.**

Closing Arguments.  20 Minutes for each plaintiff. 30 Minutes for Defendant. 10 Minutes rebuttal for each plaintiff.

**Defendant rests.**  Defendant's Oral Renewed Rule 50 Motion made.

Further Jury Trial set for **12/19/2018 at 08:30 AM** before Judge Leslie E. Kobayashi.

Submitted by: Warren N. Nakamura, Courtroom Manager