U. S. DISTRICT JUDGE

DEC 10 2018

at ____ o'clock and ____ min. ____ M.
DISTRICT OF HAWAII

# CHARLES H. BROWER
and Associates
Law Corporation

Pioneer Plaza Suite 1210 - 900 Fort Street
Honolulu, Hawaii 96813

Tel: (808) 526-2688
Fax: (808) 526-0307

e-mail:
honolululaw808@gmail.com

December 7, 2018

CLERK FOR JUDGE LESLIE E. KOBAYASHI
United States District Court, District of Hawaii
300 Ala Moana Blvd., Room C-338
Honolulu, HI 96850

Dear Sir or Madam:

Re:   <u>Andrew Grant v. Marriott Ownership Resorts, Inc.</u>
      Civil No. 16-00451 LEK-RLP

Enclosed please find Plaintiff Andrew Grant's Proposed Curative Instructions.

Thank you.

Very truly yours,

_/s/ Charles H. Brower_
CHARLES H. BROWER

CHB:mmu
Enclosure
cc:   Andrew Grant
      Michael P. Healy, Esq.
      Joseph T. Rosenbaum, Esq., and
        Elizabeth J. Fujiwara, Esq.
      Richard M. Rand, Esq., Sarah O. Wang, Esq.,
        and Kristi K. O'Heron, Esq.

## CURATIVE INSTRUCTION

The Court instructs you that Plaintiff Andrew Grant had an obligation under court rules to produce the log of events to Defendant Marriott Ownership Resorts, Inc. The court further instructs you that Plaintiff Andrew Grant violated court rules and failed to produce this log.

However, you may nevertheless, consider any information or evidence introduced from the log of events.