# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 16-00451LEK-RLP |
| CASE NAME: | Andrew Grant, et al. Vs. Marriott Ownership Resorts Inc., et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 12/19/2018 | TIME: | |

COURT ACTION:  EO: The Clerk's Office thru the Jury Clerk is authorized to provide Lunch for Judge Leslie E. Kobayashi's Civil Jury Panel while they deliberate, until their deliberation is complete.

Submitted by: Warren N. Nakamura, Courtroom Manager