IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ORIGINAL
FILED IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 20 2018
at 10 o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

Andrew Grant, et al.
Plaintiff(s)

vs.

Marriott Ownership Resorts Inc., et al.
Defendant(s)

Civil No. 16-00451LEK-RLP

Criminal No. _____

NOTE FROM THE JURY # 1

Your Honor,

We have reached a verdict.

Dated at Honolulu, Hawaii on December 20, 2018

Time: 10:50

Foreperson's Juror Number: 2

The space below this line should contain only the Foreperson's signature.

_[signature]_
Signature of Foreperson